IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JIMMIE LEE ADAMS, SR., | No. C 09-05937 CW (PR) |
|     Petitioner, | ORDER OF TRANSFER |
|   v. | |
| WARDEN COOK, et al., | |
|     Respondents. | |

    Petitioner, a state prisoner, has filed a pro se petition for a writ of habeas corpus. He seeks leave to proceed in forma pauperis.

    Federal statute allows "the Supreme Court, any justice thereof, the district courts and any circuit judge" to grant writs of habeas corpus "within their respective jurisdictions." 28 U.S.C. § 2241(a). A federal petition for a writ of habeas corpus made by a person in custody under the judgment and sentence of a state court is properly filed in either the district of confinement or the district of conviction. Id. § 2241(d). The district court where the petition is filed, however, may transfer the petition to the other district in the furtherance of justice. See id. Federal courts in California traditionally have chosen to hear petitions challenging a conviction or sentence in the district of conviction.

1  See Dannenberg v. Ingle, 831 F. Supp. 767, 767 (N.D. Cal. 1993);
2  Laue v. Nelson, 279 F. Supp. 265, 266 (N.D. Cal. 1968).

3      Here, Petitioner challenges a conviction and sentence incurred
4  in the Los Angeles County Superior Court, which is in the venue of
5  the Western Division of the Central District of California.  See 28
6  U.S.C. § 84.  Accordingly, that is the proper venue for this
7  action.

8      Pursuant to 28 U.S.C. § 1406(a) and Habeas L.R. 2254-3(b), and
9  in the interest of justice, the Clerk of the Court is ordered to
10 TRANSFER this action forthwith to the Western Division of the
11 United States District Court for the Central District of
12 California.

13     All remaining motions are TERMINATED on this Court's docket as
14 no longer pending in this district.

15     IT IS SO ORDERED.

16 Dated: 3/17/2010

                                            CLAUDIA WILKEN
                                            UNITED STATES DISTRICT JUDGE

**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

JIMMIE LEE ADAMS SR,

        Plaintiff,

v.

COOK, WARDEN et al,

        Defendant.

Case Number: CV09-05937 CW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on March 17, 2010, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Jimmie Lee Adams H-79884
DMH Q2-222
CA Medical Facility
P.O. Box 2000
Vacaville, CA 95687

Dated: March 17, 2010

Richard W. Wieking, Clerk
By: Sheilah Cahill, Deputy Clerk

3