1

2

3

4

5

6

7

8                    **UNITED STATES DISTRICT COURT**

9                    **CENTRAL DISTRICT OF CALIFORNIA**

10

11  JIMMIE LEE ADAMS, SR.,          )     NO. CV 10-1992-PSG(E)
                                    )
12          Petitioner,             )
                                    )
13      v.                          )     ORDER ADOPTING FINDINGS,
                                    )
14  WARDEN COOK, et al.,            )     CONCLUSIONS AND RECOMMENDATIONS
                                    )
15          Respondent.             )     OF UNITED STATES MAGISTRATE JUDGE
                                    )
16  _____)

17

18      Pursuant to 28 U.S.C. section 636, the Court has reviewed the

19  Petition, all of the records herein and the attached Report and

20  Recommendation of United States Magistrate Judge.  The Court approves

21  and adopts the Magistrate Judge's Report and Recommendation.

22

23      IT IS ORDERED that Judgment be entered denying and dismissing

24  the Petition with prejudice.

25  ///

26  ///

27  ///

28  ///

1    IT IS FURTHER ORDERED that the Clerk serve copies of this Order,

2  the Magistrate Judge's Report and Recommendation and the Judgment

3  herein by United States mail on Petitioner, and counsel for

4  Respondent.

5

6

7    LET JUDGMENT BE ENTERED ACCORDINGLY.

8

9

10

11    DATED: _____October 15, 2010.

12

13

14  _____

15    PHILIP S. GUTIERREZ
   UNITED STATES DISTRICT JUDGE

16

17

18

19

20

21

22

23

24

25

26

27

28