**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| JIMME LEE ADAMS, SR., | ) | NO. CV 10-1992-PSG(E) |
| Petitioner, | ) | |
| v. | ) | JUDGMENT |
| WARDEN COOK, et al., | ) | |
| Respondent. | ) | |

Pursuant to the Order Adopting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is denied and dismissed with prejudice.

DATED:  _____October 15, 2010.

_____
PHILIP S. GUTIERREZ
UNITED STATES DISTRICT JUDGE